# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CADE SHEARN,** | : | |
| **Plaintiff** | : | CIVIL ACTION NO. 1:21-584 |
| v. | : | (JUDGE MANNION) |
| **KILOLO KIJAKAZI,**<br>**Acting Commissioner of**<br>**Social Security,** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's objections to the report and recommendation of Judge Carlson, **(Doc. 20)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Carlson **(Doc. 19)** is **ADOPTED IN ITS ENTIRETY** as the ruling of the court.

**(3)** The decision of the Commissioner denying the plaintiff's claim for supplemental security income is **AFFIRMED**.

- 2 -

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 25, 2022**
21-584-01

- 2 -